■ SANDY BERNSTEIN et al., Plaintiffs, v RICHARD STUEHRINGER et al., Defendants. (Action No. 1.) GERTRUDE C. SHEA, Plaintiff, v ESTATE OF MYRA S. REISMAN, Deceased, et al., Defendants and Third-Party Plaintiffs-Appellants. RICHARD STUEHRINGER, Third-Party Defendant; ST. CHARLES HOSPITAL AND REHABILITATION CENTER et al., Third-Party Defendants-Respondents. (Action No. 2.) [726 NYS2d 583] —In related actions to recover damages for personal injuries, the Estate of Myra Seftel Reisman and Sandy Bernstein in Action No. 2 appeal from an order of the Supreme Court, Nassau County (Winick, J.), dated August 22, 2000, which denied their motion to compel the third-party defendant St. Charles Hospital and Rehabilitation Center to respond to a notice for discovery and inspection.

Ordered that the order is affirmed, with costs.

Under the facts and circumstances of this case, the Supreme Court providently exercised its discretion (*see, Cirineo v Pepsi Cola Bottling Co.,* 260 AD2d 341). O'Brien, J. P., Krausman, Goldstein and Crane, JJ., concur.